Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
LAW OFFICES OF MALLISON & MARTINEZ
*StanM@MallisonLaw.com*
*HectorM@TheMMLawFirm.com*
*MPalau@TheMMLawFirm.com*
1042 Brown Avenue
Lafayette, CA 94549
Telephone:     (925) 283-3842
Facsimile:     (925) 283-3426

Attorneys for Creditors STEVE ESSMAN and ANNETTE ESSMAN

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No.  08-43949 NM |
| | ) |
| LES WORLEY & SONS, INC. | ) Chapter 7 |
| | ) |
| | ) **APPLICATION FOR ORDER** |
| | ) **AUTHORIZING EXAMINATION** |
| Tax I.D. # 94-2576802 | ) **PURSUANT TO RULE 2004 OF THE** |
| | ) **FEDERAL RULES OF BANKRUPCY** |
| | ) **PROCEDURE** |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

TO THE CLERK OF THE COURT, UNITED STATES BANKRUCPTY COURT:

STEVE ESSMAN and ANNETTE ESSMAN, Creditors in the above entitled bankruptcy proceeding, respectfully request that an order be issued, authorizing the examination of Debtor's president's son, John Worley. The Application is made pursuant to Rule 2004, Federal Rules of Bankruptcy Procedure. In support of the Creditors' request, they represent the following:

A.      LES WORLEY & SONS, INC. (the "Debtor") filed for relief under Chapter 11 of Title 11 of the Unites States Code on July 25, 2008.

B.      On October 7, 2008, Creditors STEVE ESSMAN and ANNETTE ESSMAN ("Creditors") timely filed their claim, thereby establishing themselves as creditors in these proceedings.

C.      On December 12, 2008, this case was converted to Chapter 7.

D.      On June 5, 2009, Creditors again timely filed their proof of claim after this case was converted to Chapter 7.

E.      In order to properly investigate suspected bankruptcy fraud in this case in order to protect the assets of the estate the Creditors desire to examine Les Worley and Cecilia Worley with respect to the disposition and existence of these assets and liabilities.

In connection therewith, the Creditors desire to inspect any and all documents relating to the above matters, including, but not limited to:

1.      Copies of all checks or other assets from the Debtor or on account of the Debtor which were deposited into any financial account including but not limited to any checking account, savings account, IRA, money market account for the time period beginning January 1, 2008 through and including the date of response to this request.

2.      Copies of all deposit slips and/or electronic deposit detail for all deposits into financial accounts to which you have signature power; including but not limited to any checking

LAW OFFICES OF
MALLISON & MARTINEZ
1042 Brown Avenue
Lafayette, CA 94549
925.283.3842

account, savings account, IRA, money market account for the time period beginning January 1, 2008 through and including the date you respond to this request.

3. Copies of all wire transfer instructions for sums transferred into or out of any financial account to which you have signature power; including but not limited to any checking account, savings account, IRA, money market account for the time period beginning January 1, 2008, through and including the date you respond to this request.

4. Copy of the declaration page for each insurance policy.

5. Copies of each business property statement filed with the Alameda County Assessor during the past three (3) years.

6. Copies of all documents showing payments (whether in cash or in another form of compensation) to any officers, directors, shareholders, or any person or entity related to any officer, director, or shareholder for the past three (3) years.

7. Copies of all documents showing payments (whether in case or in another form of compensation) to any employee of for Les Worley & Sons, Inc. including, but not limited to Les Worley, Cecilia Worley, John Worley, and any of their familial relatives;

8. All lease agreements;

9. General account ledger.

10. Accounts receivable ledger.

11. Current accounts receivable aging report.

12. All accounts receivable aging reports for the past three (3) years.

13. Registry of checks.

14. Current vendor list.

15. All vendor lists for the past three (3) years.

16. Accounts payable ledger.

17. Current accounts payable aging report.

LAW OFFICES OF
MALLISON & MARTINEZ
1042 Brown Avenue
Lafayette, CA 94549
925.283.3842

APPLICATION FOR ORDER AUTHORIZING EXAMINATION

Case: 08-43949    Doc# 68    Filed: 06/05/09    Entered: 06/05/09 15:47:50    Page 3 of 5

18. All accounts payable aging reports for the past three (3) years.

19. All client/customer lists.

20. All inventory reports/listings over the past three (3) years.

21. Current balance sheet.

22. All balance sheets for the past three (3) years.

23. Current profit and loss statements/reports.

24. All profit and loss statements/reports over the past three (3) years.

25. All electronic accounting programs/software used during the past three (3) years.

26. All electronic financial reports/statements for the past three (3) years.

27. All electronic balance sheets for the past three (3) years.

28. All electronic inventory reports/lists.

29. All electronic listing/report/statement of assets over the past three (3) years.

30. All documents listing assets over the past three (3) years.

31. All electronic listing/report/statement of debts over the past three (3) years.

32. All electronic accounts receivable reports/statements over the past three (3) years.

33. All electronic accounts payable reports/statements over the past three (3) years.

34. 2007 Tax Returns with all schedules for Les Worley & Sons, Inc.

35. 2006 Tax Returns with all schedules for Les Worley & Sons, Inc.

36. 2005 Tax Returns with all schedules for Les Worley & Sons, Inc.

37. 2004 Tax Returns with all schedules for Les Worley & Sons, Inc.

38. Title papers to all vehicles owned or purchased by Les Worley & Sons, Inc.

39. Title papers to all vehicles leased by Les Worley & Sons, Inc.

40. All financial transactions between Les Worley & Sons, Inc and Les Worley, Cecilia Worley, or John Worley;

LAW OFFICES OF
MALLISON & MARTINEZ
1042 Brown Avenue
Lafayette, CA 94549
925.283.3842

41.     All use of the assets of Les Worley & Sons, Inc by Les Worley, Cecilia Worley, or John Worley;

42.     All payments to Les Worley, Cecilia Worley, or John Worley for flooring or other services sold at Les Worley and Sons Inc. facilities;

43.     All payments made to any bidder in the bankruptcy proceeding;

44.     All documents which were taken from the Les Worley and Sons facilities;

45.     All computer files which were taken from Les Worley and Sons facilities

46.     All computer files demonstrating sales, transactions, payments, or transfers of assets involving Les Worley and Sons Inc.

WHEREFORE, the Creditors request that an order be issued pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, directing John Worley to appear for examination and produce the above documents at the offices of Professional Reporting Services located at 1600 South Main Street, Suite 125, Walnut Creek, California 94596, (925) 932-5200, on Monday, June 29, 2009 at 3:00 p.m.


Dated:  June 5, 2009.

LAW OFFICES OF MALLISON & MARTINEZ


By:   /s/ Stan S. Mallison
          Stan S. Mallison
          Attorneys for PLAINTIFF


By:   /s/ Hector R. Martinez
          Hector R. Martinez
          Attorneys for PLAINTIFF

LAW OFFICES OF
MALLISON & MARTINEZ
1042 Brown Avenue
Lafayette, CA  94549
925.283.3842

Case: 08-43949   Doc# 68   Filed: 06/05/09   Entered: 06/05/09 15:47:50   Page 5 of 5