REIDUN STRØMSHEIM # 104938
KRISTINA POLLAK #220614
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
kpollak@stromsheim.com

Attorneys for Trustee,
PAUL MANSDORF

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 08-43949 NM |
|---|---|
| LES WORLEY & SONS, INC. | Chapter 7 |
| Tax I.D. # 94-2576802 | |
| Debtor | |

### DECLARATION OF REIDUN STRØMSHEIM IN SUPPORT OF EX PARTE MOTION FOR ISSUANCEOF ORDER TO SHOW CAUSE RE: CONTEMPT OF COURT BY LESTER AND CECILIA WORLEY

I, Reidun Strømsheim, hereby declare:

1. I am an attorney at law, duly admitted to practice before this Court, and one of the attorneys for Paul Mansdorf, the duly appointed trustee of the above bankruptcy estate. The information given herein is based on my personal knowledge as such, and if called as a witness I would and could testify competently hereto.

2. On March 20, 2009, the Court signed an Order Authorizing Examination of Lester Worley, the principal of the Debtor, and his wife Cecilia Worley,, directing them to produce certain documents to counsel for the Trustee, and appear at an examination April 10, 2009. The order is entered on the docket as Docket # 58

3. Lester Worley, requested an extension, and the Trustee agreed to continue the examination, and extend the date for production of documents until June 2, 2009, with an

1 | agreement to set a date for the deposition at a later date, if it was considered necessary.

2 | 4. When the documents were not delivered by June 2, 2009, I again requested them to
3 | be produced, and to be in my office no later than on June 15, 2009, on my return from vacation.
4 | To date, only a handful of documents from Lester and Cecilia Worley have been produced, and I
5 | am informed and believe that there is a substantial number of documents that are responsive to the
6 | request made in the 2004 examination order.

7 | I declare under penalty of perjury that the foregoing is true and correct, unless stated on
8 | information and belief, and as to those matters I believe them to be true.

9 | Executed in the City and County of San Francisco, California, on June 16, 2009.

11 | /s/ Reidun Strømsheim