LAW OFFICES OF
MALLISON & MARTINEZ
1042 Brown Avenue
Lafayette, CA 94549
925.283.3842

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 08-43949 NM |
| | ) |
| LES WORLEY & SONS, INC. | ) Chapter 7 |
| | ) |
| Tax I.D. # 94-2576802 | ) **[PROPOSED] ORDER AUTHORIZING EXAMINATION PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPCY PROCEDURE** |
| | ) |

Case: 08-43949    Doc# 92    Filed: 01/06/11    Entered: 01/06/11 18:02:36    Page 1 of 4

Lester Worley and Cecilia Worley are hereby ordered to appear for an FRBP 2004 examination in the above-captioned bankruptcy case on Monday, February 7, 2011 at 10:00 a.m. at the offices of Mallison & Martinez, Attorneys at Law, 1939 Harrison Street, Suite 730, Oakland, CA 94612, and to produce to counsel for Creditors, STEVE ESSMAN and ANNETTE ESSMAN, for inspection and copying any and all documents relating to the following bank accounts[1] with Bank of America and Wells Fargo Bank:

1. Bank of America, Account No. 0437XXXX
2. Bank of America, Account No. 0437XXXX
3. Bank of America, Account No. 0437XXXX
4. Bank of America, Account No. 0437XXXX
5. Bank of America, Account No. 0437XXXX
6. Bank of America, Account No. 0437XXXX
7. Bank of America, Account No. 0437XXXX
8. Bank of America, Account No. 0437XXXX
9. Wells Fargo, Account No. 502XXXX

Creditors also desire to inspect any and all documents relating to the issuance of the following cashier's checks to Carol Worley on July 22, 2008. The check numbers are as follows:

10. Cashiers Check #421986589 (Sequence No. 1460927216) in the amount of $6,290.60
11. Cashiers Check #421986590 (Sequence No. 1460927215) in the amount of $6,590.00

///

---

[1] The bank accounts are redacted for privacy purposes. A version of this proposed order with unredacted bank account numbers is being served by mail and email to all interested parties.

12. Cashiers Check No. 421986591 (Sequence No. 1460927214) in the amount of $6,009.00.

Date: _____    _____
The Honorable Randall J. Newsome

| | |
|---|---|
| 1 | ORDER**COURT SERVICE LIST |
| 2 | |
| 3 | Paul Mansdorf |
| 4 | c/o Reidun Stromsheim |
|   | Stromsheim & Associates |
| 5 | 201 California Street, Suite 350 |
|   | San Francisco, CA 94111 |
| 6 | |
| 7 | Jeffrey J. Goodrich |
|   | Law Offices of Goodrich and Assoc. |
| 8 | 336 Bon Air Center #335 |
|   | Greenbrae, CA 94904 |

LAW OFFICES OF
MALLISON & MARTINEZ
1042 Brown Avenue
Lafayette, CA 94549
925.283.3842

- 4 -
PROPOSED ORDER AUTHORIZING EXAMINATION                Case No. 08-43949NM