# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re: LES WORLEY & SONS, INC. § Case No. 08-43949
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 11 of the United States Bankruptcy Code was filed on July 25, 2008. The case was converted to one under Chapter 7 on December 31, 2008. The undersigned trustee was appointed on December 31, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of       $       66,539.34

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 1,783.22 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 64,756.12 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

6. The deadline for filing non-governmental claims in this case was 06/08/2009 and the deadline for filing governmental claims was 06/29/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,576.97. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,576.97, for a total compensation of $6,576.97.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $79.14, for total expenses of $79.14.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/04/2011          By: /s/Paul J Mansdorf
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-43949  
**Case Name:** LES WORLEY & SONS, INC.

**Trustee:** (007400) Paul J Mansdorf  
**Filed (f) or Converted (c):** 12/31/08 (c)  
**§341(a) Meeting Date:** 02/11/09  
**Claims Bar Date:** 06/08/09

**Period Ending:** 02/04/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Cash on hand<br>    Cash in register (See Footnote) | 475.00 | 475.00 | DA | 0.00 | FA |
| 2 | Financial accounts, financial institution shares<br>    Bank of America, Acct. #66191, estimated balance (Approx. $20,000 at time of conversion) (See Footnote) | 2,200.00 | 2,200.00 | | 66,400.00 | FA |
| 3 | Security deposits<br>    Last month's rent | 6,500.00 | 6,500.00 | DA | 0.00 | FA |
| 4 | Interests in insurance policies<br>    Uniguard Insurance policy -- no cash value, liability insurance only | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | Accounts receivable<br>    accounts receivable (face value) - at time of conversion, all had been collected except one uncollectable A/R in approx. sum of $2000. Unspent balance of collected A/R remained in bank (Asset 2) | 120,000.00 | 120,000.00 | DA | 0.00 | FA |
| 6 | Autos, trucks, trailers, other vehicles, access.<br>    1998 GMC Savanna, 138,000 miles, poor condition SEE ASSET 2 | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 7 | Autos, trucks, trailers, other vehicles, access.<br>    1999 GMC Savanna, 105,000, poor condition -SEE ASSET 2 | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 8 | Autos, trucks, trailers, other vehicles, access.<br>    1999 GMC Short Van Savanna, 189,000 miles, poor condition - SEE ASSET 2 | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 9 | Autos, trucks, trailers, other vehicles, access.<br>    2001 GMC Savanna, 109,000 miles, fair condition - SEE ASSET 2 | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 10 | Autos, trucks, trailers, other vehicles, access.<br>    2004 GMC Savanna, 98,000 miles, good condition - SEE ASSET 2 | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 11 | Autos, trucks, trailers, other vehicles, access.<br>    1996 Super Ford Box Van, 234,000 miles, fair condition - SEE ASSET 2 | 3,500.00 | 3,500.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-43949  
**Case Name:** LES WORLEY & SONS, INC.  

**Trustee:** (007400) Paul J Mansdorf  
**Filed (f) or Converted (c):** 12/31/08 (c)  
**§341(a) Meeting Date:** 02/11/09  

**Period Ending:** 02/04/11  

**Claims Bar Date:** 06/08/09  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12 | Autos, trucks, trailers, other vehicles, access. 1984 Ford OLD, 234,000 miles, non-operational - SEE ASSET 2 | 600.00 | 600.00 | | 0.00 | FA |
| 13 | Autos, trucks, trailers, other vehicles, access. 1984 Ford Diesel Box Van, 187,000 miles, non-operational, poor condition - SEE ASSET 2 | 600.00 | 600.00 | | 0.00 | FA |
| 14 | Autos, trucks, trailers, other vehicles, access. 1992 GMC Box Van, 214,000 miles, poor condition, non-operatoinal - SEE ASSET 2 | 650.00 | 650.00 | | 0.00 | FA |
| 15 | Autos, trucks, trailers, other vehicles, access. 1998 GMC White Box Diesel Van, poor conditon, 365,000 miles, non-operational - SEE ASSET 2 | 750.00 | 750.00 | | 0.00 | FA |
| 16 | Autos, trucks, trailers, other vehicles, access. 1978 Chevy Box Van, 254,000 miles, poor condition, non-operational - SEE ASSET 2 | 500.00 | 500.00 | | 0.00 | FA |
| 17 | Office equipment, furnishings, and supplies refrigerator - SEE ASSET 2 | 75.00 | 75.00 | | 0.00 | FA |
| 18 | Office equipment, furnishings, and supplies table and 4 chairs -SEE ASSET 2 | 25.00 | 25.00 | | 0.00 | FA |
| 19 | Office equipment, furnishings, and supplies six wood and metal desks - SEE ASSET 2 | 150.00 | 150.00 | | 0.00 | FA |
| 20 | Office equipment, furnishings, and supplies six file cabinets - SEE ASSET 2 | 150.00 | 150.00 | | 0.00 | FA |
| 21 | Office equipment, furnishings, and supplies six chairs - SEE ASSET 2 | 60.00 | 60.00 | | 0.00 | FA |
| 22 | Office equipment, furnishings, and supplies five metal cabinets (showroom area) - SEE ASSET 2 | 125.00 | 125.00 | | 0.00 | FA |
| 23 | Office equipment, furnishings, and supplies 2 old grey wood desks with chairs - SEE ASSET 2 | 100.00 | 100.00 | | 0.00 | FA |
| 24 | Business machinery, fixtures, equip., supplies Glues and sealers w/trowels - SEE ASSET 2 | 100.00 | 100.00 | | 0.00 | FA |
| 25 | Business machinery, fixtures, equip., supplies Miscl. base and moldings -SEE ASSET 2 | 175.00 | 175.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-43949  
**Case Name:** LES WORLEY & SONS, INC.

**Trustee:** (007400) Paul J Mansdorf  
**Filed (f) or Converted (c):** 12/31/08 (c)  
**§341(a) Meeting Date:** 02/11/09  

**Period Ending:** 02/04/11

**Claims Bar Date:** 06/08/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 26 | Business machinery, fixtures, equip., supplies<br>wood and laminate olders boxes for repair -SEE ASSET 2 | 100.00 | 100.00 | | 0.00 | FA |
| 27 | Business machinery, fixtures, equip., supplies<br>Miscl. lumber - SEE ASSET 2 | 100.00 | 100.00 | | 0.00 | FA |
| 28 | Business machinery, fixtures, equip., supplies<br>2 sewing machines - SEE ASSET 2 | 250.00 | 250.00 | | 0.00 | FA |
| 29 | Business machinery, fixtures, equip., supplies<br>2 cutting tables with 2 desks - SEE ASSET 2 | 150.00 | 150.00 | | 0.00 | FA |
| 30 | Business machinery, fixtures, equip., supplies<br>miscl. glues, stables, fabric remnants - SEE ASSET 2 | 75.00 | 75.00 | | 0.00 | FA |
| 31 | Business machinery, fixtures, equip., supplies<br>2 metal pallter racks - SEE ASSET 2 | 125.00 | 125.00 | | 0.00 | FA |
| 32 | Business machinery, fixtures, equip., supplies<br>5 fire extinguishers - SEE ASSET 2 | 200.00 | 200.00 | | 0.00 | FA |
| 33 | Business machinery, fixtures, equip., supplies<br>miscl paints and stains - SEE ASSET 2 | 50.00 | 50.00 | | 0.00 | FA |
| 34 | Business machinery, fixtures, equip., supplies<br>band saw - SEE ASSET 2 | 175.00 | 175.00 | | 0.00 | FA |
| 35 | Business machinery, fixtures, equip., supplies<br>table saw - SEE ASSET 2 | 175.00 | 175.00 | | 0.00 | FA |
| 36 | Business machinery, fixtures, equip., supplies<br>miscl flooring tools - SEE ASSET 2 | 250.00 | 250.00 | | 0.00 | FA |
| 37 | Business machinery, fixtures, equip., supplies<br>ladder - SEE ASSET 2 | 50.00 | 50.00 | | 0.00 | FA |
| 38 | Business machinery, fixtures, equip., supplies<br>television with four security cameras -SEE ASSET 2 | 250.00 | 250.00 | | 0.00 | FA |
| 39 | Business machinery, fixtures, equip., supplies<br>window displays and signs -SEE ASSET 2 | 150.00 | 150.00 | | 0.00 | FA |
| 40 | Business machinery, fixtures, equip., supplies<br>vacuums, staples and compression hoses -SEE ASSET 2 | 500.00 | 500.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-43949  
**Case Name:** LES WORLEY & SONS, INC.

**Trustee:** (007400) Paul J Mansdorf  
**Filed (f) or Converted (c):** 12/31/08 (c)  
**§341(a) Meeting Date:** 02/11/09  

**Period Ending:** 02/04/11  

**Claims Bar Date:** 06/08/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 41 | Business machinery, fixtures, equip., supplies<br>showroom displays -SEE ASSET 2 | 150.00 | 150.00 | | 0.00 | FA |
| 42 | Business machinery, fixtures, equip., supplies<br>50 racks with miscl. carpet and line, tile, wood,<br>laminate and marble samples -SEE ASSET 2 | 500.00 | 500.00 | | 0.00 | FA |
| 43 | Inventory<br>Linoleum and carpet remnants and roll ends -SEE ASSET 2 | 650.00 | 650.00 | | 0.00 | FA |
| 44 | PREFERENCE - NON-INSIDER (u)<br>Possible preferences to CHASE | Unknown | Unknown | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 139.34 | Unknown |
| 45 | **Assets** **Totals** (Excluding unknown values) | **$160,135.00** | **$160,135.00** | | **$66,539.34** | **$0.00** |

RE PROP# 1  Assets are from Chapter 11 filing date.  
RE PROP# 2  Estate sold business assets including remaining deposits for total gross sum of $40,000 (subject to court order) - sale includes indemnification for any admin rent claim and waiver of principals' Ch. 11 wage claims - overbid for $64000, less credit for amount in bank (to be retained by estate and not returned to original offeror) and admin rent claim waiver

**Major Activities Affecting Case Closing:**

Wage claims issue, then TFR

**Initial Projected Date Of Final Report (TFR):** December 15, 2010   **Current Projected Date Of Final Report (TFR):** January 25, 2011 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-43949  
**Case Name:** LES WORLEY & SONS, INC.

**Taxpayer ID #:** **-***6802  
**Period Ending:** 02/04/11

**Trustee:** Paul J Mansdorf (007400)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****99-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/13/09 | {2} | Les Worley | Sale of assets | 1129-000 | 40,000.00 | | 40,000.00 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.54 | | 40,000.54 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.74 | | 40,002.28 |
| 04/13/09 | 1001 | Franchise Tax Board | 94-2576802 2009 Form 100-ES | 2820-000 | | 800.00 | 39,202.28 |
| 04/15/09 | {2} | Tara Edel | Sale of business | 1129-000 | 6,000.00 | | 45,202.28 |
| 04/15/09 | {2} | Tara Edel | Sale of business | 1129-000 | 6,400.00 | | 51,602.28 |
| 04/15/09 | {2} | Tara Edel | Sale of business | 1129-000 | 14,000.00 | | 65,602.28 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.48 | | 65,604.76 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 7.80 | | 65,612.56 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.60 | | 65,621.16 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.34 | | 65,629.50 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.34 | | 65,637.84 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.07 | | 65,645.91 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.07 | | 65,653.98 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.34 | | 65,662.32 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.34 | | 65,670.66 |
| 01/13/10 | 1002 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/13/2010 FOR CASE #08-43949, Bond #016030864 1/1/10 to 1/1/11 | 2300-000 | | 95.90 | 65,574.76 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 7.80 | | 65,582.56 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 7.52 | | 65,590.08 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.87 | | 65,598.95 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 1.34 | | 65,600.29 |
| 04/06/10 | | Wire out to BNYM account 9200******9965 | Wire out to BNYM account 9200******9965 | 9999-000 | -65,600.29 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 895.90 | 895.90 | $0.00 |
| | | | Less: Bank Transfers | | -65,600.29 | 0.00 | |
| | | | **Subtotal** | | 66,496.19 | 895.90 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$66,496.19** | **$895.90** | |

{} Asset reference(s)

Case: 08-43949    Doc# 94    Filed: 03/10/11    Entered: 03/10/11 11:52:50    Page 7 of 19

Printed: 02/04/2011 04:00 PM    V.12.56

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-43949 | | Trustee: | Paul J Mansdorf (007400) |
|---|---|---|---|---|
| Case Name: | LES WORLEY & SONS, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******99-19 - Trustee Investment Acct |
| Taxpayer ID #: | **-***6802 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 02/04/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/08/10 | | FUNDING ACCOUNT:<br>9200******9965 | | 9999-000 | 55,000.00 | | 55,000.00 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 4.96 | | 55,004.96 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 7.01 | | 55,011.97 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 6.78 | | 55,018.75 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 7.01 | | 55,025.76 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 7.01 | | 55,032.77 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.35 | | 55,034.12 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.40 | | 55,035.52 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.35 | | 55,036.87 |
| 12/01/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.04 | | 55,036.91 |
| 12/01/10 | | To Account #9200******9965 | Close TIA via TIA Rollover | 9999-000 | | 55,036.91 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 55,036.91 | 55,036.91 | $0.00 |
| | | | Less: Bank Transfers | | 55,000.00 | 55,036.91 | |
| | | | **Subtotal** | | 36.91 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$36.91** | **$0.00** | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 08-43949 | **Trustee:** | Paul J Mansdorf (007400) |
| **Case Name:** LES WORLEY & SONS, INC. | **Bank Name:** | The Bank of New York Mellon |
| | **Account:** | 9200-******99-65 - Money Market Account |
| **Taxpayer ID #:** **-***6802 | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** 02/04/11 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9965 | Wire in from JPMorgan Chase Bank, N.A. account ********9965 | 9999-000 | 65,600.29 | | 65,600.29 |
| 04/08/10 | | ACCOUNT FUNDED: 9200******9919 | | 9999-000 | | 55,000.00 | 10,600.29 |
| 04/13/10 | 11003 | Franchise Tax Board | Les Worley & Sons B/E 2010 Form 100-ES | 2820-000 | | 800.00 | 9,800.29 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0500% | 1270-000 | 1.11 | | 9,801.40 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0500% | 1270-000 | 0.41 | | 9,801.81 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0500% | 1270-000 | 0.40 | | 9,802.21 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0500% | 1270-000 | 0.41 | | 9,802.62 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0500% | 1270-000 | 0.42 | | 9,803.04 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 9,803.12 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 9,803.20 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 9,803.28 |
| 12/01/10 | | From Account #9200******9919 | Close TIA via TIA Rollover | 9999-000 | 55,036.91 | | 64,840.19 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.60 | | 64,841.79 |
| 01/13/11 | 11004 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/13/2011 FOR CASE #08-43949, Bond #016030864 | 2300-000 | | 87.32 | 64,754.47 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.65 | | 64,756.12 |

| | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | | 120,643.44 | 55,887.32 | **$64,756.12** |
| | Less: Bank Transfers | | 120,637.20 | 55,000.00 | |
| | **Subtotal** | | 6.24 | 887.32 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$6.24** | **$887.32** | |

| | |
|---|---|
| Net Receipts : | 66,539.34 |
| Net Estate : | $66,539.34 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****99-65** | 66,496.19 | 895.90 | 0.00 |
| **TIA # 9200-******99-19** | 36.91 | 0.00 | 0.00 |
| **MMA # 9200-******99-65** | 6.24 | 887.32 | 64,756.12 |
| | $66,539.34 | $1,783.22 | $64,756.12 |

{} Asset reference(s)

# Exhibit C - Claims Register

Case: 08-43949    LES WORLEY & SONS, INC.

Claims Bar Date: 06/08/09

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Franchise Tax Board<br>PO Box 942857<br><br>Sacramento, CA 94257-0531<br><2820-00  Other State or Local Taxes (post-petition, incl. post-petition real est. taxes)>, 200 | Admin Ch. 7<br>12/31/08 | 2009 100-ES | $1,600.00<br>$1,600.00 | $1,600.00 | $0.00 |
| | Kokjer, Pierotti, Maiocco & Duck, LLP<br>Certified Public Accountants<br>351 California St. #300<br>San Francisco, CA 94104<br><3410-00  Accountant for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>12/31/08 | | $6,944.50<br>$6,944.50 | $0.00 | $6,944.50 |
| | Kokjer, Pierotti, Maiocco & Duck, LLP<br>Certified Public Accountants<br>351 California St. #300<br>San Francisco, CA 94104<br><3420-00  Accountant for Trustee Expenses (Other Firm)>, 200 | Admin Ch. 7<br>12/31/08 | | $242.42<br>$242.42 | $0.00 | $242.42 |
| | Stromsheim and Associates<br>Reidun Stromsheim<br>201 California St. #350<br>San Francisco, CA 94111<br><3210-00  Attorney for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>12/31/08 | | $29,941.50<br>$29,941.50 | $0.00 | $29,941.50 |
| | Stromsheim and Associates<br>Reidun Stromsheim<br>201 California St. #350<br>San Francisco, CA 94111<br><3220-00  Attorney for Trustee Expenses (Other Firm)>, 200 | Admin Ch. 7<br>12/31/08 | | $1,500.33<br>$1,500.33 | $0.00 | $1,500.33 |
| | Paul J Mansdorf<br>1563 Solano Ave.<br>#703<br>Berkeley, CA 94707<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>12/31/08 | | $6,576.97<br>$6,576.97 | $0.00 | $6,576.97 |
| | Paul J Mansdorf<br>1563 Solano Ave.<br>#703<br>Berkeley, CA 94707<br><2200-00  Trustee Expenses>, 200 | Admin Ch. 7<br>12/31/08 | | $79.14<br>$79.14 | $0.00 | $79.14 |
| | International Sureties, LTD<br>One Shell Square<br>701 Poydras St. #420<br>New Orleans, LA 70139<br><2300-00  Bond Payments>, 200 | Admin Ch. 7<br>12/31/08 | | $183.22<br>$183.22 | $183.22 | $0.00 |

# Exhibit C - Claims Register

Case: 08-43949    LES WORLEY & SONS, INC.

Claims Bar Date:  06/08/09

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | New Coast Fabrics<br>1955 Davis Street<br>San Leandro, CA 94577-1262<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/05/08 | | $194.22<br>$194.22 | $0.00 | $194.22 |
| 2 | Charlotte Fabrics<br>2909 Bryant South<br>Minneapolis, MN 55408<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/12/08 | | $718.50<br>$718.50 | $0.00 | $718.50 |
| 3 | Diamond W Floor Covering<br>19321 E. Walnut Dr. North<br>City of Industry, CA 91746<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/13/08 | Disallowed doc 84 | $9,161.06<br>$0.00 | $0.00 | $0.00 |
| 4 | Fashion Tech<br>2010 South East 8th Ave.<br>Portland, OR 97214<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/19/08 | | $116.61<br>$116.61 | $0.00 | $116.61 |
| 5P-2 | Internal Revenue Service<br>Insolvency<br>PO BOX 21126<br>Philadelphia, PA 19114<br><5800-00   Claims of Governmental Units>,  570 | Priority<br>08/22/08 | | $41,600.00<br>$41,600.00 | $0.00 | $41,600.00 |
| 5U-2 | Internal Revenue Service<br>Insolvency<br>PO BOX 21126<br>Philadelphia, PA 19114<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/22/08 | | $2,202.85<br>$2,202.85 | $0.00 | $2,202.85 |
| 6 | Mohawk Carpet<br>PO Box 12069<br>Calhoun, GA 30703<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/22/08 | | $1,604.34<br>$1,604.34 | $0.00 | $1,604.34 |
| 7 | B.R. Funsten & Co<br>825 Van Ness Ave #201<br>San Francisco, CA 94109<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/27/08 | | $7,068.51<br>$7,068.51 | $0.00 | $7,068.51 |
| 8 | Carpenter Co.<br>5016 Monument Ave.<br>Richmond, VA 23261<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/08/08 | | $1,313.16<br>$1,313.16 | $0.00 | $1,313.16 |

# Exhibit C - Claims Register

Case: 08-43949    LES WORLEY & SONS, INC.

Claims Bar Date: 06/08/09

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9P | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952<br><5800-00  Claims of Governmental Units>, 570 | Priority<br>09/12/08 | Amended by 14 | $1,804.17<br>$0.00 | $0.00 | $0.00 |
| 9U | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>09/12/08 | Amended by 14 | $434.57<br>$0.00 | $0.00 | $0.00 |
| 10 | DELL FINANCIAL SERVICES, LLC<br>Collections/Consumer Bankruptcy<br>12234B North I-35,Austin, TX 78753-1705<br>(800) 955-3355, TX 72495-69<br><4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>, 100 | Secured<br>09/25/08 | Secured by unadministered property (lease) | $6,985.31<br>$0.00 | $0.00 | $0.00 |
| 11 | Alameda Publishing Group<br>7977 Capwell Dr. #200<br>Oakland, CA 94621<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>09/23/08 | | $4,615.60<br>$4,615.60 | $0.00 | $4,615.60 |
| 12 | Butler Johnson<br>Dept. 34043 P.O Box 39000<br>San Francisco, CA 94139<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/29/08 | | $3,159.62<br>$3,159.62 | $0.00 | $3,159.62 |
| 13 | United Yellow Pages<br>12442 Knott St. 2nd Fl<br>Garden Grove, CA 92841<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/05/08 | | $2,266.00<br>$2,266.00 | $0.00 | $2,266.00 |
| 14P | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952<br><5800-00  Claims of Governmental Units>, 570 | Priority<br>11/06/08 | Amended to $0 | $1,804.17<br>$0.00 | $0.00 | $0.00 |
| 14U | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/06/08 | Amended to $0 | $434.57<br>$0.00 | $0.00 | $0.00 |

# Exhibit C - Claims Register

Case: 08-43949     LES WORLEY & SONS, INC.

Claims Bar Date:   06/08/09

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 15 | Medallion Carpets<br>P.O. Box 44682<br>San Francisco, CA 94114<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/13/08 | | $9,833.58<br>$9,833.58 | $0.00 | $9,833.58 |
| 16 | Steve Essman and Annette Essman<br>c/o Stan S. Mallison<br>Mallison & Martinez,1042 Brown Avenue<br>Lafayette, CA 94549<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/07/08 | | $600,777.91<br>$600,777.91 | $0.00 | $600,777.91 |
| 17 | Tom Duffy Company<br>5200 Watt Court<br>Suite B<br>Fairfield, CA 94534-4209<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/21/08 | | $3,647.17<br>$3,647.17 | $0.00 | $3,647.17 |
| 18 | United Yellow Pages<br>12442 Knott St. 2nd Fl<br><br>Garden Grove, CA 92841<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/30/09 | disallowed doc 86 | $2,266.00<br>$0.00 | $0.00 | $0.00 |
| 19 | United Yellow Pages<br>12442 Knott St. 2nd Fl<br><br>Garden Grove, CA 92841<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/30/09 | disallowed doc 86 | $2,266.00<br>$0.00 | $0.00 | $0.00 |
| 20 | Diamond W Floor Covering<br>19321 E. Walnut Dr. North<br>City of Industry, CA 91746<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/02/09 | | $6,619.40<br>$6,619.40 | $0.00 | $6,619.40 |
| 21 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952<br><2820-00   Other State or Local Taxes (post-petition, incl. post-petition real est. taxes)>,  200 | Admin Ch.  7<br>05/04/09 | $0 due, confirmed 04/01/10 - FTB didn't properly credit the timely admin payment | $836.00<br>$0.00 | $0.00 | $0.00 |
| 22P | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952<br><5800-00   Claims of Governmental Units>,  570 | Priority<br>05/04/09 | | $1,804.17<br>$1,804.17 | $0.00 | $1,804.17 |

# Exhibit C - Claims Register

Case: 08-43949    LES WORLEY & SONS, INC.

Claims Bar Date: 06/08/09

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 22U | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/04/09 | | $802.34<br>$802.34 | $0.00 | $802.34 |
| 23P | Lester Lee Worley<br>2207 Dexter Ct.<br><br>Hayward, CA 94541<br><5300-00   Wages>,  510 | Priority<br>05/28/09 | Employee net check on priority wage claim. | $6,367.42<br>$6,367.42 | $0.00 | $6,367.42 |
| 23U | Lester Lee Worley<br>2207 Dexter Court<br>Hayward, CA 94541<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/28/09 | | $135,150.00<br>$135,150.00 | $0.00 | $135,150.00 |
| 24P | Cecelia Carol Worley<br>2207 Dexter Court<br><br>Hayward, CA 94541<br><5300-00   Wages>,  510 | Priority<br>05/26/09 | Employee net check on priority wage claim | $6,367.42<br>$6,367.42 | $0.00 | $6,367.42 |
| 24S | Cecelia Carol Worley<br>2207 Dexter Court<br><br>Hayward, CA 94541<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>,  100 | Secured<br>05/26/09 | Filed as secured w/o basis (no T-code for "other") - OK as Priority wage and general unsecured -see 24P and 24U | $10,950.00<br>$0.00 | $0.00 | $0.00 |
| 24U | Cecelia Carol Worley<br>2207 Dexter Court<br>Hawyard, CA 94541<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/26/09 | | $114,550.00<br>$114,550.00 | $0.00 | $114,550.00 |
| 25 | Steve Essman and Annette Essman<br>c/o Stan S. Mallison<br>1939 Harrison St. #730<br>Oakland, CA 94612<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/05/09 | | $600,777.91<br>$600,777.91 | $0.00 | $600,777.91 |
| 100 | Employment Development Department<br>State of California, BK Unit MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-0001<br><5300-00   Wages>,  510 | Priority<br>12/31/08 | State Withholding on claims 23P and 24P | $1,795.80<br>$1,795.80 | $0.00 | $1,795.80 |

## Exhibit C - Claims Register

Case: 08-43949    LES WORLEY & SONS, INC.

Claims Bar Date: 06/08/09

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 101 | United States Treasury<br>Internal Revenue Service - Special Proce<br>1301 Clay St. Stop 1400S<br>Oakland, CA 94612-5210<br><5300-00  Wages>, 510 | Priority<br>12/31/08 | Federal Withholding on claims 23P and 24P | $7,369.36<br>$7,369.36 | $0.00 | $7,369.36 |
| | | | Case Total: | | $1,783.22 | $1,606,006.75 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-43949
Case Name: LES WORLEY & SONS, INC.
Trustee Name: Paul J Mansdorf

**Balance on hand:** $ 64,756.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10 | DELL FINANCIAL SERVICES, LLC | 6,985.31 | 0.00 | 0.00 | 0.00 |
| 24S | Cecelia Carol Worley | 10,950.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 64,756.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Paul J Mansdorf | 6,576.97 | 0.00 | 6,576.97 |
| Trustee, Expenses - Paul J Mansdorf | 79.14 | 0.00 | 79.14 |
| Attorney for Trustee, Fees - Stromsheim and Associates | 29,941.50 | 0.00 | 29,941.50 |
| Attorney for Trustee, Expenses - Stromsheim and Associates | 1,500.33 | 0.00 | 1,500.33 |
| Accountant for Trustee, Fees - Kokjer, Pierotti, Maiocco & Duck, LLP | 6,944.50 | 0.00 | 6,944.50 |
| Accountant for Trustee, Expenses - Kokjer, Pierotti, Maiocco & Duck, LLP | 242.42 | 0.00 | 242.42 |
| Other Expenses: Franchise Tax Board | 0.00 | 0.00 | 0.00 |
| Other Expenses: Franchise Tax Board | 1,600.00 | 1,600.00 | 0.00 |
| Other Expenses: International Sureties, LTD | 183.22 | 183.22 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 45,284.86
Remaining balance: $ 19,471.26

**UST Form 101-7-TFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 19,471.26 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $65,304.17 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P-2 | Internal Revenue Service | 41,600.00 | 0.00 | 0.00 |
| 9P | Franchise Tax Board | 0.00 | 0.00 | 0.00 |
| 14P | Franchise Tax Board | 0.00 | 0.00 | 0.00 |
| 22P | Franchise Tax Board | 1,804.17 | 0.00 | 0.00 |
| 23P | Lester Lee Worley | 6,367.42 | 0.00 | 5,661.27 |
| 24P | Cecelia Carol Worley | 6,367.42 | 0.00 | 5,661.26 |
| 100 | Employment Development Department | 1,795.80 | 0.00 | 1,596.64 |
| 101 | United States Treasury | 7,369.36 | 0.00 | 6,552.09 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 19,471.26 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,495,417.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | New Coast Fabrics | 194.22 | 0.00 | 0.00 |
| 2 | Charlotte Fabrics | 718.50 | 0.00 | 0.00 |
| 3 | Diamond W Floor Covering | 0.00 | 0.00 | 0.00 |
| 4 | Fashion Tech | 116.61 | 0.00 | 0.00 |
| 5U-2 | Internal Revenue Service | 2,202.85 | 0.00 | 0.00 |
| 6 | Mohawk Carpet | 1,604.34 | 0.00 | 0.00 |

**UST Form 101-7-TFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 7 | B.R. Funsten & Co | 7,068.51 | 0.00 | 0.00 |
| 8 | Carpenter Co. | 1,313.16 | 0.00 | 0.00 |
| 9U | Franchise Tax Board | 0.00 | 0.00 | 0.00 |
| 11 | Alameda Publishing Group | 4,615.60 | 0.00 | 0.00 |
| 12 | Butler Johnson | 3,159.62 | 0.00 | 0.00 |
| 13 | United Yellow Pages | 2,266.00 | 0.00 | 0.00 |
| 14U | Franchise Tax Board | 0.00 | 0.00 | 0.00 |
| 15 | Medallion Carpets | 9,833.58 | 0.00 | 0.00 |
| 16 | Steve Essman and Annette Essman | 600,777.91 | 0.00 | 0.00 |
| 17 | Tom Duffy Company | 3,647.17 | 0.00 | 0.00 |
| 18 | United Yellow Pages | 0.00 | 0.00 | 0.00 |
| 19 | United Yellow Pages | 0.00 | 0.00 | 0.00 |
| 20 | Diamond W Floor Covering | 6,619.40 | 0.00 | 0.00 |
| 22U | Franchise Tax Board | 802.34 | 0.00 | 0.00 |
| 23U | Lester Lee Worley | 135,150.00 | 0.00 | 0.00 |
| 24U | Cecelia Carol Worley | 114,550.00 | 0.00 | 0.00 |
| 25 | Steve Essman and Annette Essman | 600,777.91 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (10/1/2010)**